# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Andrew J. Crozier,<br>    fdba Welch Printing,<br>    fdba CW Himes Printing<br>    &<br>Serenna L. Crozier,<br>    aka Serenna L Himes<br>            Debtor(s) | BK NO. 17-01662 HWV<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Select Portfolio Servicing as Servicer for U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2016-PM5 and index same on the master mailing list.

Respectfully submitted,

**/s/James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594