In re:  
Andrew J Crozier  
Serenna L Crozier  
      Debtors

Case No. 17-01662-HWV  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AGarner     Page 1 of 2     Date Rcvd: Aug 18, 2017  
                   Form ID: 318      Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2017.
```
db/jdb        +Andrew J Crozier,    Serenna L Crozier,    146 Windy Hill Lane,    McVeytown, PA 17051-8744
4912181        AHN Emergency Group of,    Somerset County - attn #16697N,    PO Box 14000,
               Belfast, ME 04915-4033
4929736       +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
               Arlington, TX 76096-3853
4914139        AmeriCredit Financial Services, Inc. dba GM Financ,   P.O. Box 99605,
               Arlington, TX 76096-9605
4912182        BYL Collection Services, LLC,    for Cardionet, Inc.,    PO box 569,    Malvern, PA 19355-0569
4912184        CBCS,    for Cambria Somerset Radiology,    PO Box 2724,    Columbus, OH 43216-2724
4912183       +Cambria Somerset Radiology,    239 Main St, Suite 400,    Johnstown, PA 15901-1640
4912185        Collection Service Center, Inc.,    for Marclay EMS, Inc.,    PO Box 560,
               New Kensington, PA 15068-0560
4912186       +Deborah S. Hopkins, MD,    c/o Cigna Customer Service,    222 W. Las Cotinas Blvd #1500,
               Irving, TX 75039-5435
4912187        Emerg Care Serv of PA, PC,    PO Box 740021,    Cincinnati, OH 45274-0021
4912189        Geisinger Health System,    PO Box 27727,    Newark, NJ 07101-7727
4912193        HRRG,    for Emerg Care Serv of PA, PC,    PO Box 5406,    Cincinnati, OH 45273-7942
4912192        Hot Topic - Comenity,    PO Box 659584,    San Antonio, TX 78265-9584
4912194        Memorial Medical Center,    PO Box 643928,    Pittsburgh, PA 15264-3928
4912195       +Mifflin County Tax Office,    20 North Wayne Street,    Lewistown, PA 17044-1770
4912586       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4912197        SEARS,    Attention Bankruptcy Dept, 7920 NW 110th,    Kansas City, MO 64153-1270
4912198        Select Portfolio Servicing, Inc.,    PO Box 65450,    Salt Lake City, UT 84165-0450
4912199       +Select Portfolio Svs,    10401 Deerwood Park,    Jacksonville, FL 32256-5007
4912200       +United Consumer,    865 Bassett,    West Lake, OH 44145-1194
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4912188           EDI: ESCALLATE.COM Aug 18 2017 19:08:00     Escallate, LLC,    PO box 645425,
               Cincinnati, OH 45264-5425
4912191           EDI: PHINAMERI.COM Aug 18 2017 19:08:00     GM Financial,    PO Box 181145,
               Arlington, TX 76096-1145
4912190           EDI: PHINAMERI.COM Aug 18 2017 19:08:00     GM Financial,    PO Box 78143,
               Phoenix, AZ 85062-8143
4912196           EDI: AGFINANCE.COM Aug 18 2017 19:08:00     One Main Financial,    PO Box 9001122,
               Louisville, KY 40290-1122
4912201           EDI: VERIZONWIRE.COM Aug 18 2017 19:08:00     Verizon Wireless,    PO Box 25505,
               Lehigh Valley, PA 18002-5505
4912202           EDI: WFNNB.COM Aug 18 2017 19:08:00     Victorias Secret - Comenity,    PO Box 659728,
               San Antonio, TX 78265-9728
                                                                                            TOTAL: 6
```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*              AmeriCredit Financial Services, Inc. dba GM Financ,   P.O. Box 99605,
               Arlington, TX 76096-9605
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4912180        ##+Account Resolution,    1801 NW 66th Ave, 200,    Fort Lauderdale, FL 33313-4571
                                                                                 TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2017                           Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2017 at the address(es) listed below:

```
          James   Warmbrodt    on behalf of Creditor   U.S. Bank Trust National Association, as Trustee for
           Towd Point Master Funding Trust 2016-PM5 bkgroup@kmllawgroup.com
          James P Johnson    on behalf of Debtor Andrew J Crozier jpj51845@yahoo.com,  brj46@yahoo.com
          James P Johnson    on behalf of Joint Debtor Serenna L Crozier jpj51845@yahoo.com,  brj46@yahoo.com
          John P Neblett (Trustee)    jpn@neblettlaw.com,  pa06@ecfcbis.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William E. Craig    on behalf of Creditor   AmeriCredit Financial Services, Inc. dba GM Financial
           ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 6
```

| | |
|---|---|
| **Information to identify the case:** | |
| Debtor 1   **Andrew J Crozier** | Social Security number or ITIN   xxx–xx–3120 |
|   First Name   Middle Name   Last Name | EIN   __–_____ |
| Debtor 2   **Serenna L Crozier** | Social Security number or ITIN   xxx–xx–5437 |
| (Spouse, if filing)   First Name   Middle Name   Last Name | EIN   __–_____ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | |
| Case number:   **1:17–bk–01662–HWV** | |

## Order of Discharge          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Andrew J Crozier                             Serenna L Crozier
fdba Welch Printing, fdba CW Himes Printing  aka Serenna L Himes

**By the court:**

August 18, 2017

Honorable Henry W. Van Eck
United States Bankruptcy Judge

By: AGarner, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**