In re:                                                                                    Case No. 17-01662-HWV
Andrew J Crozier                                                                          Chapter 7
Serenna L Crozier
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1              User: AGarner        Page 1 of 1            Date Rcvd: Aug 18, 2017
                                 Form ID: fnldec       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2017.
db/jdb         +Andrew J Crozier,    Serenna L Crozier,    146 Windy Hill Lane,    McVeytown, PA 17051-8744

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2017 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for
               Towd Point Master Funding Trust 2016-PM5 bkgroup@kmllawgroup.com
              James P Johnson    on behalf of Debtor Andrew J Crozier jpj51845@yahoo.com,  brj46@yahoo.com
              James P Johnson    on behalf of Joint Debtor Serenna L Crozier jpj51845@yahoo.com,  brj46@yahoo.com
              John P Neblett (Trustee)    jpn@neblettlaw.com,  pa06@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                         TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Andrew J Crozier
fdba Welch Printing, fdba CW Himes Printing
146 Windy Hill Lane
McVeytown, PA 17051

Chapter 7
Case No. 1:17−bk−01662−HWV

Serenna L Crozier
aka Serenna L Himes
146 Windy Hill Lane
McVeytown, PA 17051

Last four digits of Social−Security, Individual
Taxpayer−Identification, Employer Tax−Identification No(s)(if
any):
xxx−xx−3120
xxx−xx−5437

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, John P Neblett (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated:  August 18, 2017

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: AGarner, Deputy Clerk